**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MARY GARRISON,

      Plaintiff,

vs.                                            CASE NO. 6:06-CV-1594-ORL-19DAB

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

<u>ORDER</u>

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 26, filed July 3, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 26) is **ADOPTED and AFFIRMED.** The decision of the Commissioner of Social Security is **AFFIRMED.** The Clerk of Court shall enter judgment accordingly and shall close this file.

**DONE AND ORDERED** at Orlando, Florida, this   21st   day of July, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record